Respondent, v. S. & Z. CLEANING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

GEORGE E. MORRISSEY and Another, Respondents, v. JOSEPH W. FINCH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

ADELAIDE MEINHOLD, Respondent, v. SAMUEL H. MEINHOLD, Appellant.— Order modified as stated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

PAUL D. HERWIT and Another, Respondents, v. JAMES L. CLARK, Appellant, Impleaded with Another. MARVIN W. CLARK, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

U. T. HUNGERFORD BRASS AND COPPER COMPANY, Respondent, v. WALKER D. HINES, as Director-General of United States Railroad Administration, Defendant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

U. T. HUNGERFORD BRASS AND COPPER COMPANY, Respondent, v. WALKER D. HINES, as Director-General of the United States Railroad Administration, Defendant.— Order affirmed, with ten dollars costs and disbursements, and defendant's time to serve and file notice of appearance extended for twenty days after service of copy of order upon attorney for the defendant. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

In the Matter of the Application of THE LONG ISLAND RAILROAD COMPANY, Respondent, for a Certiorari Order against JOHN F. HYLAN, Mayor of the City of New York, and Others, Constituting the Board of Estimate and Apportionment of the City of New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

PEOPLES NATIONAL FIRE INSURANCE COMPANY OF PHILADELPHIA, Respondent, v. NEW YORK LIFE INSURANCE AND TRUST COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

PEOPLES NATIONAL FIRE INSURANCE COMPANY OF PHILADELPHIA and Another, Respondents, v. NEW YORK LIFE INSURANCE AND TRUST COMPANY, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

THE BANK OF THE UNITED STATES, Respondent, v. JAMES MCCREERY & Co., Appellant.— Order affirmed, with ten dollars costs and disbursements; bill of particulars to be served within ten days. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

STREET & FINNEY, INC., Respondent, v. THE DENMAN-MYERS CORD TIRE COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Makepeace* v. *Dilltown Smokeless Coal Co.* (179 App. Div. 662); *Abdun-Nur* v. *Arbeed* (198 id. 795); *Robinson* v. *Strauss Rubber Co.* (Id. 822); *Friedman* v. *Prescetti* (199 id. 385). Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

PETER DOELGER, Appellant, v. THE BATTERY PARK NATIONAL BANK, Respond-